PROB 12B  
(7/93)

Report Date: December 21, 2009

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 23 2009

JAMES R LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Deandre Gaither | Case Number: 2:04CR00212-001 |
| Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge | |
| Date of Original Sentence: 6/30/2005 | Type of Supervision: Supervised Release |
| Original Offense: Distribution of 5 Grams or More of a Mixture or Substance Containing Cocaine Base, 21 U.S.C. § 841(a)(1) | Date Supervision Commenced: 12/04/2009 |
| Original Sentence: Prison - 71 Months; TSR - 48 Months | Date Supervision Expires: 12/03/2013 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

18  You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

19  You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

## CAUSE

Deandre Gaither released from Bureau of Prisons' custody on December 4, 2009. Mr. Gaither reported to the U.S. Probation Office in Spokane, Washington, on December 7, 2009, at which time he was taken into custody as a result of an outstanding warrant from Spokane County. Upon his anticipated release from custody, Mr. Gaither will not have stable housing or employment, therefore, the undersigned is requesting placement at a residential reentry center for a period of up to 180 days. It is anticipated by allowing Mr. Gaither to participate at the RRC for the designated period, he will develop a release plan appropriate for transitional purposes.

In addition, the purpose of this petition is to apprise the Court of the status of the aforementioned case, in light of the Ninth Circuit Court of Appeals' finding in United States v. Stevens (9th Cir. 2005), and to request that the conditions of supervision be modified to authorize a maximum of six random drug tests per month.

It is respectfully recommended that the attached waiver of hearing to modify conditions of supervised release be adopted to require Deandre Gaither to reside in, and satisfactorily participate in a RRC as a condition of supervised release, up to 180 days, as well as to modify his urine testing condition.

Prob 12B
**Re: Gaither, Deandre**
**December 21, 2009**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/21/2009

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

12/23/09
Date